UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: ED CV 16-01878-DMG (RAO)     Date: January 3, 2018
Title: Manisha L. Penesa v. California Institution for Women, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo, Relief | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

N/A     N/A

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On October 20, 2017, Defendants filed a Motion to Dismiss the Fourth Amended Complaint ("Motion"). (Dkt. No. 49.) On October 23, 2017, the Court ordered Plaintiff to file a response on or before November 22, 2017. As of the date of this order, Plaintiff has not filed a response to the pending Motion.

Accordingly, Plaintiff is ordered to show cause, in writing, on or before **January 13, 2018**, why her action should not be dismissed for failure to prosecute. Plaintiff may also discharge this Order by filing a response to Defendants' Motion on or before January 13, 2018. **Plaintiff is warned that failure to timely respond to this Order, or file her response to the Motion, will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders.**

    **IT IS SO ORDERED.**

                                            : 
Initials of Preparer    dl