UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA L. PENESA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA INSTITUTION<br>FOR WOMEN, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 16-01878 DMG (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Fourth Amended Complaint is DISMISSED with prejudice, and this action is dismissed.

DATED:  March 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE