UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: EDCV 16-01878-DMG-RAO  Date: June 1, 2018
Title: Manisha L. Penesa v. California Institution for Women, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

N/A  N/A

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL OF SHAWN BROWN**

On June 9, 2017, Plaintiff Manisha L. Penesa ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a Fourth Amended Complaint pursuant to 42 U.S.C. § 1983, naming as defendants Shawn Brown, Edward Wamil, David Lopez, Kimberly Hughes, Michael Martel, and R. Reyes. Dkt. No. 31.

On June 23, 2017, the Court ordered service of process by the United States Marshal on the defendants. Dkt. Nos. 33, 35. Plaintiff was granted until September 22, 2017 to serve the defendants, and was warned that "**her failure to effect service by that date may result in the dismissal of the action as to any unserved defendant(s) by reason of Plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.**" Dkt. No. 34 at 2. Defendants Reyes, Martel, Hughes, Wamil and Lopez executed waivers of service. Dkt. Nos. 38-47. Shawn Brown could not be served because he was no longer employed by CDCR and no forwarding information was available. Dkt. No. 37.

In light of the foregoing IT IS ORDERED that Plaintiff must show cause in writing, on or before **June 18, 2018**, why Plaintiff's claims against Shawn Brown should not be dismissed due to her failure to prosecute. **Failure to comply with this Order and/or to show cause will result in the dismissal without prejudice of this action as to Shawn Brown.**

IT IS SO ORDERED.

:
Initials of Preparer  dl