UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA L. PENESA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA INSTITUTION FOR WOMEN, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 16-01878 DMG (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report"), Plaintiff's Objections, and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED-IN-PART and Defendants Wamil, Lopez, Martel and Hughes are dismissed from this action with prejudice and without leave to amend;

(2) Defendants' Motion to Dismiss is DENIED-IN-PART as to Plaintiff's claims against Defendant Reyes; and

(3) Defendant Reyes shall file an Answer to the Eighth Amendment and Fourteenth Amendment claims against her within 14 days of the date of entry of this order.

DATED: August 28, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE