# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA L. PENESA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA INSTITUTION FOR WOMEN, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 16-01878 JWH (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Manisha L. Penesa's ("Plaintiff") Fourth Amended Complaint, Dkt. No. 31; Defendant Rebecca Reyes' ("Reyes") Motion for Summary Judgment, Dkt. No. 152; Plaintiff's Opposition, Dkt. No. 159; Reyes' Reply, Dkt. No. 167; Reyes' Supplemental Briefing, Dkt. No. 174; Plaintiff's Responsive Supplemental Briefing, Dkt. No. 176; the Magistrate Judge's Report and Recommendation ("Report"), Dkt. No. 179; and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, it is hereby **ORDERED** as follows:

1. Reyes' Motion for Summary Judgment is **GRANTED**.
2. This action is **DISMISSED with prejudice** with respect to Reyes.
3. Additionally, this action is **DISMISSED without prejudice** with respect to Defendant Shawn Brown.

**IT IS SO ORDERED.**

DATED: December 7, 2022

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE