JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA L. PENESA,<br><br>           Plaintiff,<br><br>   v.<br><br>CALIFORNIA INSTITUTION FOR WOMEN, et al.,<br><br>          Defendants. | Case No. EDCV 16-01878 JWH (RAO)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge entered substantially contemporaneously herewith and the August 28, 2018, Order Accepting Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action is **DISMISSED without prejudice** with respect to Defendant Shawn Brown.

2. This action is **DISMISSED with prejudice** with respect to Defendants Edward Wamil, David Lopez, Michael Martel, Kimberly Hughes, and Rebecca Reyes.

3. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: December 7, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE